EDNY-PROB 12B (rev 07/09)

STICKLEY / CI, NY
PACTS#13994

## United States District Court

### for the

### Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 2 2011 ★

BROOKLYN OFFICE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Case Number: 0207 1:08CR00076-021

Name of Offender: Vincent Dragonetti

Name of Sentencing Judicial Officer: The Honorable Jack B. Weinstein, Senior U.S.D.J.

Date of Original Sentence: August 8, 2008

Original Offense: 18 U.S.C. 1962, Racketeering Conspiracy, a class C felony

Original Sentence:
**Imprisonment** - 37 Months
**Supervised Release** - 36 Months
**Special Assessment Fee** - $100
**Fine** - $25,000
**Restitution** - $57,978
**Special Condition** - The defendant is not to have any relationship with members of organized crime or criminals, unless they are related by a natural relationship, marriage or otherwise.

Type of Supervision: Supervised Release       Supervision Commenced: May 17, 2011

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total term of   years.
[X]  To modify the conditions of supervision as follows:

**Special Condition:** The defendant shall make monthly restitution payments in the amount of $100 per month, or ten percent (10%) of his net monthly income, whichever is greater.



Prob 12B                -2-         Request for Modifying the Conditions or
Terms of Supervision with Consent of the Offender
Name of Offender: Vincent Dragonetti            Case Number: 0207 1:08CR00076-021

## CAUSE

Upon reviewing the offender's Judgement Order and attached Restitution Order, along with his current financial status, it was agreed that he would make monthly restitution payments in the amount of $100.00, or ten percent (10%) of his net monthly income, whichever is greater. Once the offender obtains employment, his monthly income will be monitored by the Probation Department to assure compliance with this agreement. The offender was presented with a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision, including the aforementioned payment agreement. The offender signed the Probation Form 49, thereby agreeing to the proposed modification of his conditions of supervision. The Probation Department respectfully requests the Court impose this modification and our office will monitor the offender's restitution payments along with the Financial Litigation Unit of the U.S. Attorney's Office. We await Your Honor's response.

Respectfully submitted,

by *[signature]*

Approved:

*[signature]*

David J. Washington
Supervising U.S.
Probation Officer
Date: May 31, 2011

Dennis Stickley
Senior U.S. Probation Officer
Date: May 31, 2011

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

6/2/11
Date

PROB 49
(NYEP-8/1/07)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

**Special Condition**: The defendant shall make monthly restitution payments in the amount of $100 per month, or ten percent (10%) of his net monthly income, whichever is greater.

Witness: _____  Signed: _____
U.S. Probation Officer                                          Probationer or Supervised Releasee

5/27/11
Date